1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO FOSSELMAN, JR,          )
                               )
            Petitioner,         )        No C 08-3617 VRW (PR)
                               )
      vs.                       )        ORDER OF TRANSFER
                               )
M S EVANS, Warden,              )        (Doc # 2)
                               )
            Respondent.         )
_____ )

     Petitioner seeks federal habeas review of the execution of a sentence imposed by the Superior Court of the State of California in and for the County of Stanislaus.  He specifically alleges that he was assessed 30 days of time credits against his sentence after he was unlawfully found guilty of a disciplinary charge in 2007, while he was incarcerated at Salinas Valley State Prison.

     Although petitioner was found guilty of the pertinent disciplinary charge in this judicial district, he is currently incarcerated (and was incarcerated at the time of filing) at Kern Valley State Prison in Delano, County of Kern, which lies in the Eastern District of California.  See 28 USC § 84(b).  (He was also convicted in the Eastern District.)

1    Venue is proper in a habeas action in either the district of conviction or the

2 district of confinement, id § 2241(d); however, the district of confinement is the

3 preferable forum to review the execution of a sentence.  See Habeas LR 2254-3(a);

4 <u>Dunne v Henman</u>, 875 F2d 244, 249 (9th Cir 1989); cf <u>Laue v Nelson</u>, 279 F Supp 265,

5 266 (ND Cal 1968) (district of conviction preferable forum to review conviction).

6    Because the County of Kern lies in the Eastern District of California, the court

7 orders that pursuant to 28 USC § 1404(a) and Habeas Local Rule 2254-3(b), and in the

8 interest of justice, this petition be transferred to the United States District Court for the

9 Eastern District of California.

10    The clerk shall transfer this matter and terminate all pending motions (see, eg,

11 doc # 2) as moot.

12    SO ORDERED.

13

14             _____

15             VAUGHN R WALKER
              United States District Chief Judge

16

17

18

19

20

21

22

23

24

25

26

27 G:\PRO-SE\VRW\HC.08\Fosselman, L1.transfer.wpd

28                2