UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORENZO FOSSELMAN, JR., | ) | 1:10-CV-00328 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING REQUEST FOR LEAVE |
| | ) | TO FILE MOTION FOR |
| | ) | RECONSIDERATION |
| v. | ) | [Doc. #23] |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| M. S. EVANS, Warden, | ) | TO SEND PETITIONER COPY OF |
| | ) | RESPONDENT'S ANSWER |
| Respondent. | ) | [Doc. #19] |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 29, 2010, the undersigned issued Findings and Recommendation that recommended the petition be denied. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On November 19, 2010, Petitioner filed the instant Request for Leave to File Motion for Reconsideration. Petitioner complains that he did not receive Respondent's answer in the mail and was deprived of the opportunity to file a traverse. Petitioner's request will be denied. The Advisory

Committee Notes to Rule 5 of the Rules Governing Section 2254 Cases note that a traverse "tends to be a mere pro forma refutation of the return, serving little if any expository function . . . . [It] is not required except in those instances where it will serve a truly useful purpose." Petitioner does not state what useful purpose his traverse would have served. He states he has received a copy of the Findings and Recommendation. Therefore, he has been provided with the reasons for the Court's recommendation that the petition be denied. Moreover, on November 29, 2010, Petitioner filed his objections to the Findings and Recommendation. Whatever arguments Petitioner could have made in his traverse could have been and presumably have been made in the objections. Therefore, a traverse at this point is unnecessary. Nevertheless, Petitioner complains he has not received Respondent's answer. The Court will direct the Clerk to provide Petitioner with a copy.

Accordingly, IT IS HEREBY ORDERED that Petitioner's Request for Leave to File a Motion for Reconsideration is DENIED. The Clerk of Court is DIRECTED to serve Petitioner with a copy of Respondent's Answer.

IT IS SO ORDERED.

Dated:   **December 2, 2010**                    /s/ **Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE